EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: <br><br> Extensión de Términos por motivo del 26 de julio de 2005 | 2005 TSPR 104 <br><br> 164 DPR _____ |
|---|---|

Número del Caso: EM-2005-5


Fecha: 20 de julio de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

In re:

Extensión de Términos
por motivo del
26 de julio de 2005

Sala de Verano integrada por el Juez Asociado señor Rebollo López, como su Presidente, y las Juezas Asociadas señora Fiol Matta y señora Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 20 de julio de 2005

El Juez Presidente Interino, Hon. Francisco Rebollo López, ha concedido a los empleados y funcionarios de la Rama Judicial el día martes, 26 de julio de 2005, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el martes, 26 de julio de 2005, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el jueves, 28 de julio de 2005, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo